**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

_____Alexandria_____ **Division**

**In re**   Jubeida Ullah

Case No.  15-10868-BFK

**Debtor(s)**                                           Chapter   13

**ORDER DENYING CONFIRMATION**
**AND DIRECTING CLERK TO DISMISS CASE IF**
**CONDITIONS OF LOCAL BANKRUPTCY RULE 3015-2 ARE NOT MET**

Upon proper notice and a hearing on objection(s) to the Chapter 13 plan; it is, therefore

**ORDERED** that confirmation of the debtor's plan filed _____April 11, 2015_____, is denied; and it is further

**ORDERED** that unless the Court has entered an order previously confirming a Chapter 13 Plan, the Clerk is directed to dismiss the Chapter 13 case unless, within **21 days** from this Order, the debtor takes one of the actions enumerated in Local Bankruptcy Rule 3015-2; and it is further

**ORDERED** that the Clerk mail a copy of this order to the debtor(s), the attorney for the debtor(s), the attorney for the objecting creditor(s), and the Chapter 13 Trustee.

                                            /s/ Brian F. Kenney_____
                                            United States Bankruptcy Judge

Date:  May 29 2015_____

                        NOTICE OF JUDGMENT OR ORDER
                        ENTERED ON DOCKET:
                        5/29/2015_____

[odn13con ver. 12/09]