# UNITED STATES BANKRUPTCY COURT

## FOR THE

## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In the Matter of:

J<small>UBEIDA</small> U<small>LLAH</small>

Debtor

Chapter 13

Case No. 15-10868-BFK

## TRUSTEE'S RESPONSE TO
## MOTION FOR RELIEF FROM AUTOMATIC STAY

    Thomas P. Gorman, Trustee, responds to the Motion for Relief from Automatic Stay by stating that Trustee does not have sufficient knowledge, information or belief to answer the allegations set forth in the Motion, but agrees that the automatic stay has not been extended pursuant to 11 U.S.C. §362(c)(3)(A).


Date: _November 13, 2015_____      ___/s/ Thomas P. Gorman_____
    Thomas P. Gorman
    Chapter 13 Trustee
    300 N. Washington Street, #400
    Alexandria, VA 22314
    (703) 836-2226
    VSB 26421

**Trustee's Response to Motion for Relief from Automatic Stay**
Jubeida Ullah, Case # 15-10868-BFK

## CERTIFICATE OF SERVICE

I hereby certify that I have this 13th day of November, 2015, served via ECF to authorized users or mailed a true copy of the foregoing Response to the following parties.

| | |
|---|---|
| Jubeida Ullah | Nathan Fisher, Esq. |
| Chapter 13 Debtor | Attorney for Debtor |
| 6104 Franconia Station Lane | 3977 Chain Bridge Rd., #2 |
| Alexandria, VA 22310 | Fairfax, VA 22030 |

                                              __/s/ Thomas P. Gorman_____
                                              Thomas P. Gorman