**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| In the Matter of: | Chapter 13 |
| JUBEIDA ULLAH | Case No. 15-10868-BFK |
| Debtor | |

**MOTION TO DISMISS,
NOTICE OF MOTION TO DISMISS
AND
NOTICE OF SCHEDULED HEARING ON THIS MOTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this motion to dismiss your Chapter 13 case. The cause for this motion is as follows:

**Pursuant to 11 U.S.C. §1307(c)(6)** - Material default by Debtor as is reflected in the attached Trustee's Report of Receipts and Disbursements. Debtor has not made any Plan payments since September 9, 2015.

**Pursuant to 11 U.S.C. §1307(c)(1)** – Unreasonable delay by Debtor which is prejudicial to the rights of creditors under this Chapter 13 Plan. Debtor filed her petition on March 15, 2015, and has proposed four Chapter 13 Plans without achieving confirmation. Debtor's third modified Plan requires the same Objections raised to prior Plans.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an

**Notice and Motion to Dismiss**
Jubeida Ullah, Case #15-10868-BFK

order granting the requested relief without further notice or hearing.  If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before five business days prior to the scheduled hearing.  You must mail a copy to the persons listed below.

***Attend the hearing to be held on December 17, 2015 at 1:30 p.m. in Courtroom #3 on the 3rd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.***  If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

Thomas P. Gorman
300 North Washington Street, Ste. 400
Alexandria, VA 22314

Clerk of the Court
United States Bankruptcy Court
200 South Washington Street
Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: __November 13, 2015_____          __/s/ Thomas P. Gorman_____
                                        Thomas P. Gorman
                                        Chapter 13 Trustee
                                        300 N. Washington Street, #400
                                        Alexandria, VA 22314
                                        (703) 836-2226
                                        VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 13th day of November, 2015, served via ECF to authorized users or mailed a true copy of the foregoing Motion to Dismiss, Notice of Motion and Notice of Hearing to the following parties.

| | |
|---|---|
| Jubeida Ullah | Nathan Fisher, Esq. |
| Chapter 13 Debtor | Attorney for Debtor |
| 6104 Franconia Station Lane | 3977 Chain Bridge Rd., #2 |
| Alexandria, VA 22310 | Fairfax, VA 22030 |

                                          ___/s/ Thomas P. Gorman_____
                                          Thomas P. Gorman

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 11/13/2015

CASE NO: 15-10868-BFK
STATUS: BASE PLAN

DEBTOR: XXX-XX-6340
ULLAH, JUBEIDA
AKA:

DATE FILED: 03/15/2015
6104 FRANCONIA STATION LANE
ALEXANDRIA, VA 22310

CONFIRMED:

LATEST 341: 04/28/2015

PERCENTAGE: .000

ATTORNEY: NATHAN FISHER, ESQ.
3977 CHAIN BRIDGE RD., #2
FAIRFAX, VA 22030
Phone:703 691-1642 Fax: 703 691-0192

PLAN: 60 MONTHS

1st PAYMENT DUE: 04/2015

ON SCHEDULE: 3,395.00
ACTUAL PAYMENTS: 1,800.00
AMOUNT BEHIND: 1,595.00

Needed to Complete Base:
BASE: 61,230.00
59,430.00

SCHEDULE: 485.00 MONTHLY
TOTAL PAID: 1,800.00

LAST 12 TRANSACTIONS

| Date | Source | Amount |
|---|---|---|
| 09/09/15 | PC | 300.00 |
| 08/07/15 | PC | 300.00 |
| 07/08/15 | PC | 300.00 |
| 06/12/15 | PC | 300.00 |
| 05/08/15 | PC | 300.00 |
| 04/21/15 | PC | 300.00 |

DIRECT PAY

| CLAIM | CRED NO | CREDITOR NAME | DISB CODE | CLASS | ARREARS | FIXED PAYMENT | SCHED AMOUNT | PAID BY TRUSTEE | BALANCE DUE | CLAIM STATUS |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 327574 | GREEN TREE SERVICING | PRO | SEC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DIRECT |
| 002 | 333385 | SUNTRUST BANK | PRO | SEC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DIRECT |

PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS PAY% | INT. BEGIN INT. RATE | FIX PAY ARREARS | ORG. CLAIM SCHED AMT | APPROVED TO BE PAID | PRIN. PAID INT. PAID | PRIN. DUE INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 003 | 336929 | ALTAIR OH XIII LLC | PRO | UNS 0.00 | | 0.00 0.00 | 3,230.20 3,230.20 | 3,230.20 0.00 | 0.00 0.00 | 0.00 0.00 |
| 004 | AMEXP | AMERICAN EXPRESS BANK, FSB | PRO | UNS 0.00 | | 0.00 0.00 | 17,886.09 12,785.11 | 17,886.09 0.00 | 0.00 0.00 | 0.00 0.00 |
| 005 | 313486 | DISCOVER BANK | PRO | UNS 0.00 | | 0.00 0.00 | 15,742.34 15,742.34 | 15,742.34 0.00 | 0.00 0.00 | 0.00 0.00 |
| 006 | 312246 | DOMINION POWER | PRO | UNS 0.00 | | 0.00 0.00 | 0.00 448.39 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 007 | 340271 | TRANSWORLD SYSTEMS INC | PRO | UNS 0.00 | | 0.00 0.00 | 524.96 524.96 | 524.96 0.00 | 0.00 0.00 | 0.00 0.00 |
| 008 | 306281 | FIRST WASHINGTON REALTY | PRO | UNS 0.00 | | 0.00 0.00 | 0.00 38,992.82 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 009 | 336598 | JEFFERSON CAPITAL | PRO | UNS 0.00 | | 0.00 0.00 | 0.00 409.22 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 010 | PORT | PORTFOLIO RECOVERY ASSOCIATES CAPITAL ONE | PRO | UNS 0.00 | | 0.00 0.00 | 28,702.40 28,702.40 | 28,702.40 0.00 | 0.00 0.00 | 0.00 0.00 |
| 011 | 326616 | SENTARA COLLECTIONS | PRO | UNS 0.00 | | 0.00 0.00 | 0.00 4,954.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 012 | 311302 | VERIZON WIRELESS | PRO | UNS 0.00 | | 0.00 0.00 | 0.00 409.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 013 | 334613 | WASHINGTON GAS | PRO | UNS 100.00 | | 0.00 0.00 | 231.92 160.77 | 231.92 231.92 | 0.00 0.00 | 231.92 0.00 |
| 014 | 338491 | AMETHYST COMPANY LLC FIRST WASHINGTON/100% PER PLAN | PRO | UNS 100.00 | | 0.00 0.00 | 55,676.61 0.00 | 55,676.61 55,676.61 | 0.00 0.00 | 55,676.61 0.00 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.
Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.
This is a progress report only and should not be used to calculate a payoff.                                                                                                Case Maintenance 10.5

# Thomas P. Gorman, Standing Chapter 13 Trustee
## INTERIM STATEMENT AS OF 11/13/2015

CASE NO: 15-10868-BFK
STATUS: BASE PLAN

DEBTOR: XXX-XX-6340
ULLAH, JUBEIDA

SCHEDULE:   485.00 MONTHLY

## PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN INT. RATE | FIX PAY ARREARS | ORG. CLAIM SCHED AMT | APPROVED TO BE PAID | PRIN. PAID INT. PAID | PRIN. DUE INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 799 | FISHER | NATHAN FISHER, ESQ. | PRO | ATY 100.00 | | 0.00 0.00 | 3,000.00 3,000.00 | 2,500.00 2,500.00 | 0.00 0.00 | 2,500.00 0.00 |
| | | Trustee Administrative Fees | | | | | | 57.90 | 57.90 | |
| | | | | | TOTALS: | 0.00 0.00 | 124,994.52 109,359.21 | 124,552.42 58,466.43 | 57.90 0.00 | 58,408.53 0.00 |

|  | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER | | |
|---|---|---|---|---|---|---|---|---|
| SCHED AMOUNT: | 0.00 | 3,000.00 | 0.00 | 0.00 | 106,359.21 | 0.00 | | |
| CLAIM AMOUNT: | 0.00 | 2,500.00 | 0.00 | 0.00 | 55,908.53 | 0.00 | | |
| PAID BY TRUSTEE: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| PAID BY 3rd PARTY: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| SUB TOTAL: | 0.00 | 2,500.00 | 0.00 | 0.00 | 55,908.53 | 0.00 | DUE CREDITORS: | 58,408.53 |
| INTEREST DUE: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | EXPECTED ADMIN: | 3,045.30 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LESS AVAILABLE: | 1,742.10 |
| BALANCE DUE: | 0.00 | 2,500.00 | 0.00 | 0.00 | 55,908.53 | 0.00 | APPROX BALANCE: | 59,711.73 |

\*\* Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.

Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.

This is a progress report only and should not be used to calculate a payoff.

Case Maintenance 10.5